UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. _____
State Case No. COSO-15-004858

LASHINIA PAYNE

      Plaintiff,

v.

MEDICREDIT, INC.

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the County Court of the Seventeenth Judicial Circuit, in and for Broward County for the State of Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and in support of this Notice, states:

1.      On August 16th, 2015, Plaintiff Lashinia Payne ("Payne") filed a Complaint against Medicredit (the "Complaint") in the County Court of the Seventeenth Judicial Circuit, in and for Broward County for the State of Florida, Case No. COSO-15-004858 (the "State Court Action"). The Complaint contains claims alleging a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA") and a violation of the Florida Consumer Collection Practices Act, § 559.55, *et seq.* (the "FCCPA").

2.      Pursuant to 28 U.S.C. § 1446(a), Medicredit attaches to this Notice a copy of all pleadings, orders, and other papers or exhibits of every kind currently on file in the State Court Action. See **Exhibit A**, attached.

SL 1643988.1

2.      Payne served Medicredit with the summons in the State Court Action on September 10th, 2015. Accordingly, Medicredit timely files this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1). See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint).

3.      The United States District Court for the Southern District of Florida has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claims alleging a violation of the FDCPA implicate this Court's federal question jurisdiction. See **Exhibit A**, Complaint, at ¶¶ 1, 8-11, 15, and 21. Further, the claims alleging a violation of the FCCPA trigger this Court's supplemental jurisdiction because Payne's FCCPA claims form part of the same case or controversy as Payne's FDCPA claim. Id. at ¶¶ 1, 8-11, 15, 23, and 25-27.

4.      Removal to the United States District Court for the Southern District of Florida is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County or State Court where the District Courts of the United States have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

5.      Venue is proper in the Fort Lauderdale Division of this Court because this action is being removed from the Seventeenth Judicial Circuit, in and for Broward County, Florida and the acts complained of in Plaintiff's Complaint are alleged to have occurred in Broward County, Florida. Id. at ¶¶ 3, 9, 10 and 15.

6.      In light of the foregoing, this Court has subject matter jurisdiction over this action and this case is properly removed to this Court.

SL 1643988.1

6.      Medicredit has filed a Notice of Filing Notice of Removal with the State Court

and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all

adverse parties in the State Court Action.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is

removed and transferred from County Court in and for Broward County, State of Florida, to the

United States District Court for the Southern District of Florida.

Respectfully submitted,

SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE,
CRESPO, GOMEZ, MACHADO & PREIRA LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Main Tel: 305-377-1000
Direct Fax: 305-397-1186
E-mail: mcrespo@smgqlaw.com
E-mail: gbarr@smgqlaw.com


BY:     /s/ Gonzalo Barr
                Manuel L. Crespo
                Florida Bar No. 892653
                Gonzalo Barr
                Florida Bar No. 0001790

SL 1643988.1

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on October 9, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF to: Jason Weaver, Esq., **Jason Weaver, P.A.**, 2750 North 29th Avenue, Suite 120, Hollywood, FL 33020  <jason@jasonweaverpa.com>.

/s/ Gonzalo Barr
Gonzalo Barr
Florida Bar No. 0001790
Sanchez-Medina,   Gonzalez,   Quesada,   Gomez,
Crespo, Machado and Priera, L.L.P.
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Telephone: (305) 377-1000
gbarr@smgqlaw.com

SL 1643988.1